STATE of Missouri, Respondent,

v.

Robert BURNS, Sr., Appellant.

No. WD 59797.

Missouri Court of Appeals,
Western District.

June 11, 2002.

Floyd A. White, Jr., Charles M. Rogers, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Adriane D. Crouse, Asst. Attorney General, Jefferson City, for Respondent.

Before PAUL M. SPINDEN, Chief Judge, JAMES M. SMART, JR., Judge, and RONALD R. HOLLIGER, Judge.

### ORDER

v.

Marsha BURNS, Appellant.

No. WD 59796.

Missouri Court of Appeals,
Western District.

Submitted March 14, 2002.

Decided June 18, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 25, 2002.

Charles M. Rogers, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Adriane D. Crouse, Asst. Attorney General, Jefferson City, MO, for Respondent.

Before PAUL M. SPINDEN, C.J., P.J., JAMES M. SMART, Jr., and RONALD R. HOLLIGER, JJ.

### Order

PER CURIAM.

Marsha Burns appeals her conviction of two counts of statutory sodomy in the first degree, two counts of child molestation in the first degree, two counts of sexual misconduct, and one count of statutory rape. Having considered her contentions on appeal, we affirm by summary order. A

formal opinion would lack jurisprudential value. The judgment is affirmed. Rule 30.25(b).

The judgment is affirmed. Rule 30.25(b).